CLYDE C. BAILEY, JR. v. THOMAS LeBEAU AND PIONEER COACH MANU-
FACTURING COMPANY

No. 191A86

(Filed 7 October 1986)

APPEAL by plaintiff from a divided panel of the Court of Appeals, 79 N.C. App. 345, 339 S.E. 2d 460 (1986), reversing in part and remanding to the trial court for new trial on the issue of breach of express warranty.

*Nichols, Caffrey, Hill, Evans & Murrelle, by Richard L. Pinto and B. Danforth Morton, for plaintiff-appellant.*

*Wilson, Biesecker, Tripp & Sink, by Joe E. Biesecker, for defendant-appellees.*

*Lacy H. Thornburg, Attorney General, by James C. Gulick, Special Deputy Attorney General, amicus curiae.*

PER CURIAM.

The decision of the Court of Appeals reversing in part and remanding to the trial court for new trial on the issue of breach of express warranty is affirmed as herein modified. The case is remanded for new trial on the issues of breach of express warranty and unfair and deceptive trade practices pursuant to N.C.G.S. § 75-1.1, as well as damages.

Modified and affirmed.